**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ARASH RAFTARI and ALEXA MORALES-RAFTARI,

Plaintiffs,

v. Case No: 6:26-cv-350-ACC-RMN

SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DIRECTOR U.S.CITIZENSHIP AND IMMIGRATION SERVICES, ORLANDO FIELD OFFICE, ATTORNEY GENERAL OF THE UNITED STATES and DIRECTOR OF FBI,

Defendants.

# ORDER

THIS CAUSE is before the Court on the Plaintiffs' Response to Order to Show Cause (Doc. No. 23). After due consideration, it is ORDERED that the Order to Show Cause (Doc. No. 21) is DISCHARGED. The parties are correct that a Case Management Report is not needed in this action. The Court will enter a briefing deadline following Defendant's filing of an answer.

**DONE** and **ORDERED** in Orlando, Florida on August 25, 2026.

/s/ Anne C. Conway
Anne C. Conway
United States District Judge

Copies furnished to:

Counsel of Record
Unregistered parties